## 30051. BARBER v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 11, 1975.

Eugene Barber, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 30106. CAMPBELL v. RICKETTS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 11, 1975.

Arthell Campbell, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 30110. HART v. RICKETTS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 11, 1975.

Robert Hart, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.